NO. 30362

:N THE SUPREME couRT or ma S‘IATE of HAWA:‘:V§.~H 

 

JANlCE K. M. CHUNG KELflHANANUI, for and on behalf
ANTHONY LOW, Plaintiff, g

 

 

vs _ »,`i.\{ 
KAHALA MALL; CAMPBELL ESTATE; former general manager RON YODA;
former Chief of Security MEL DECOSTA; STAR PROTECTION AGENCY;
STAR MARKET and its former employee “BEA;” ALA MOANA
BUlLDING MANAGEMENT and SECURlTY; WINDOWS OF THE WORLD
RESTAURANT OWNERS, the ROBINSONS; and CITY AND COUNTY OF
HONOLULU POLICE DEPARTMENT, Defendants.

ORlGlNAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the complaint filed in the
supreme court by plaintiff Janice K. M. Chunq Kelfihananui, it
appears that we lack jurisdiction to hear and adjudicate
plaintiff's claim of discrimination. §§§ HRS § 602~5 (Supp.
2009). Therefore,

IT lS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, HawaiUq March 17, 20lO.

%MM_,
jewel @.‘~1\»@»¢1:»»¢¢2»'1»~

A-M~M~<:

W»»~L€.»Qf-Q~’zg/ %\ 1
/@¢z/w/ ¢{¢C¢l¢»wvc¢/